428 A.2d 259

Keich et al., v. Keich, Appellant.

Argued March 5, 1980.   George Dekas, for appellant;   Carl G. Wass, for appellees.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed.

428 A.2d 259

Levan v. Nationwide Insurance Co., Appellant.

Argued December 4, 1979.   Joseph F. Leeson, for appellant;   Richard F. Stevens, for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.